JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMERON AZIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON ARTH et al.,<br><br>        Defendants. | Case No. CV 21-3959-DSF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Lifting Stay and Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: June 24, 2024

HON. DALE S. FISCHER
U.S. DISTRICT JUDGE

1